AO91 (Rev. 12/03) Criminal Complaint          **FELONY**          AUSA          United States Courts

## UNITED STATES DISTRICT COURT

Southern District of Texas
FILED

*June 14, 2026*

Southern District Of Texas Brownsville Division          Nathan Ochsner, Clerk of Court

### UNITED STATES OF AMERICA
### vs.

Jose SALGADO-Tampa
A206 407 465 Mexico
AKA Jose SALGADO,Juan SALGADO TAMPA,Jose
TAMPA

### CRIMINAL COMPLAINT

Case Number: 1:26-MJ- **760**

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about ___June 13, 2026___ in ___Cameron___ County, in

the ___Southern District Of Texas___ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title ___8___ United States Code, Section(s) ___1326(a)(1)___

I further state that I am a(n) ___Border Patrol Agent___ and that this complaint is based on the

following facts:
The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on June 13, 2026. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on June 07, 2026. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $147 US dollars in his possession at time of arrest.

Continued on the attached sheet and made a part of this complaint:          ☐ Yes     ☒ No

Signature of Complainant

Vento, Joseph     Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

___June 14, 2026___          at          ___Brownsville, Texas___
Date                                              City/State

Karen Betancourt          U.S. Magistrate Judge
Name of Judge          Title of Judge

Signature of Judge